**FILED & ENTERED**

**NOV 04 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell  DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re | Case No. 2:25-bk-13256-DS |
|---|---|
| COSTAS ANGELO LADIKOS, | Chapter 7 |
| Debtor. | **ORDER GRANTING MOTION TO REOPEN** |

The court has reviewed and considered the "Motion to Re-Open Chapter 7 for the Limited Purpose of Prosecuting an Order to Show Cause re: Civil Contempt for Violation fo the Automatic Stay" (the "Motion," Docket No. 31) filed by debtor Costas Angelo Ladikos. Based on the Motion and the record in this case,

IT IS HEREBY ORDERED that the Motion is granted.

###

Date: November 4, 2025

Deborah J. Saltzman
United States Bankruptcy Judge